IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03047-RPM

HOSPITALITY STAFFING SOLUTIONS GROUP, L.L.C.,

    Plaintiff,
v.

SOUTHEAST COMMERCIAL CLEANING, L.L.C.,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
_____

    Upon review of the relevant pleadings, it is

    ORDERED that SEC's Motion to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(6), filed January 9, 2013, [9] is denied.

    DATED: February 14th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge