IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03047-RPM

HOSPITALITY STAFFING SOLUTIONS GROUP, L.L.C.,

    Plaintiff,

v.

SOUTHEAST COMMERCIAL CLEANING, L.L.C.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [32] filed October 21, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs in conjunction with this litigation.

Dated: October 22nd, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge